**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
DORA E. GUTIERREZ-BONILLA,

                Plaintiff,

**ORDER**

     - against -

CV 08-3985 (JS) (AKT)

TARGET CORPORATION and
TARGET DEPARTMENT STORE,

               Defendants.
----------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

     Before the Court is Plaintiff's Motion [DE 24] for (1) leave to take the deposition of

Maria Rivera, an employee of Defendant Target, and (2) the imposition of sanctions upon

Defendants for the alleged spoliation of surveillance footage. I have reviewed Plaintiff's motion

[DE 24] and supplemental letter [DE 27], as well as Defendants' opposition [DE 26] to the

motion.

     With regard to Plaintiff's request for leave to depose Maria Rivera, having reviewed the

arguments made by both parties, I am directing Defendants to make Ms. Rivera available for

deposition between now and December 31, 2009 at the latest. Ms Rivera may be deposed for a

maximum of three hours.

     As to the request for spoliation sanctions, Plaintiff's application remains under

consideration. The parties will be notified on ECF when a ruling on the issue has been rendered.

**SO ORDERED.**

Dated:  Central Islip, New York
        December 9, 2009


/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge